

New Orleans
201 St. Charles Avenue
Suite 3710
New Orleans, LA  70170-1000

(504) 522-3303 Tel
(504) 529-3850 Fax

Writer's Direct Dial:
504-529-3839

Writer's E-mail:
manderson@fisherphillips.com

February 21, 2017

*VIA ELECTRONIC AND U.S. MAIL*

Donald G. Cave
Cave Law Firm
3909 Plaza Tower Drive
Baton Rouge, LA  70816-4356

    re:    *Dana A. Matthews v J&J Service Solutions, LLC*, No. 3:16-cv-00621,
            United States District Court for the Middle District of Louisiana

Dear Mr. Cave:

    I have now had the opportunity to review Plaintiff's discovery responses, and there are a number of issues I wish to bring to your attention.

    First, Plaintiff's responses to Defendant's First Set of Interrogatories are replete with untimely objections that have already been waived.  *See* Fed. R. Civ. P. 33(b)(4).  The responses also lack a sworn verification bearing Plaintiff's signature, as required by Fed. R. Civ. P. 33(b)(2) and (b)(5).  I have outlined the remaining deficiencies associated with each interrogatory response in bullet-point form below:

- **INTERROGATORY NO. 2:**  State whether you personally have ever communicated with any past or present employees of J & J concerning the allegations raised in your Complaint since your separation from employment with J & J.  If so, explain in detail each such communication (including those by phone, Internet, and in person); state the date of the communication; with whom you communicated; the substance of the communication; identify any witnesses to the conversation; and identify all documents concerning or exchanged during the communication.

    – **Deficiency:**  Plaintiff's response is incomplete, in that it does not state whether there were any witnesses to the conversations between Plaintiff and the specified individuals, nor does it identify any documents associated with or exchanged during those communications.

- **INTERROGATORY NO. 3:**  Identify all persons whom you believe have any information or knowledge, or claim to have the same, with respect to any facts or matters relating to each and every allegation contained in your Complaint, and with respect to each such person, state the following: a) the subject matter of each such

**Fisher & Phillips LLP**
Atlanta • Baltimore • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Fort Lauderdale • Gulfport • Houston
Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • New Jersey • New Orleans • Orlando • Philadelphia
Phoenix • Portland • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Tampa • Washington, DC

February 21, 2017
Page 2

person's knowledge; b) the date, place, and circumstances of the obtaining of such knowledge or information; c) whether such person has been interviewed by you or by your representative or counsel either prior to or subsequent to the commencement of the present action; d) whether you or your representative has obtained statements, reports, memoranda or recordings from any of the individuals identified; and e) the current address and telephone number for the witness.

- **Deficiency:** Plaintiff's response is incomplete, in that it fails to: (1) identify the subject matter of any information known by Plaintiff's husband or describe how he obtained such information; (2) state whether Plaintiff's husband or any of her former co-workers have been interviewed in connection with this litigation; or (3) provide current contact information for any of the individuals identified.

- **INTERROGATORY NO. 4:** Describe in detail each and every written and oral evaluation, criticism, counseling, warning or discipline you received during your employment with J & J including, the date(s); action(s) taken; the substance of the communications; the supervisor(s) involved; and any witness thereto.

  - **Deficiency:** Plaintiff's response does not provide any information regarding the date of her alleged suspension.

- **INTERROGATORY NO. 5:** If you contend there were individuals similarly situated to you who were treated differently or more favorably, explain in detail and identify: the individual(s), including their job title(s) and duties; the dates on which the incidents of different or favorable treatment occurred; who supervised the individual(s); and describe the treatment you assert was different, including the basis upon which you contend Defendant treated you differently; to whom you at J & J reported this alleged treatment; date(s) on which you made the report(s); and identify any documents that support your answer.

  - **Deficiency:** Plaintiff's response does not specify the dates on which any incident of alleged disparate treatment occurred or state whether Plaintiff ever reported these incidents to anyone at J & J. Nor does it identify any documents that support Plaintiff's answer to Interrogatory No. 5.

- **INTERROGATORY NO. 7:** Describe in detail each and every item of damages (including for purposes of this Interrogatory, your claim for attorneys' fees), for which you are making a claim in this action, specify the amount for each such item, specify the basis of liability as to J & J, and provide an explanation as to how each such amount was calculated, including a listing and description of each of the factors used.

  - **Deficiency:** Plaintiff's response is incomplete because it neither specifies the basis for J&J's alleged liability, nor describes how the corresponding monetary figure was calculated for each item of damages listed.

- **INTERROGATORY NO. 10:** Please describe in detail all efforts you have made to find employment (including self-employment) from the date you were discharged by J

February 21, 2017
Page 3

> & J to the present, including the name and address of every prospective employer, employment agency, placement office, or search firm with which you have had any contact whatsoever, the date and purpose of such contact, and the results of your efforts.
> – **Deficiency:** Plaintiff's response is incomplete because it does not describe the outcome of her efforts to seek employment with any of the companies listed.

- **INTERROGATORY NO. 11:** Describe in detail all employment (including part time, temporary and permanent self-employment) held by you since leaving J & J through the date of trial in this matter, and for each such employer, please state the following: the name of the employer; the address where you work(ed); your dates of employment; your position(s) or title(s); the name of your immediate supervisor; the pay and benefits you received; and the reason for any termination, layoff or resignation.

    – **Deficiency:** Plaintiff's response is incomplete, in that it fails to provide any of the following information with respect to her employment with NAPA Auto Parts: (1) the address of the store or facility where Plaintiff worked; (2) her job title or position; (3) the name of Plaintiff's immediate supervisor; (4) the benefits she received, if any; and (5) the date and reason Plaintiff's employment was terminated (if applicable). Additionally, Plaintiff lists a date in March 2017 as the commencement of her employment. If this should be March 2016, please supplement the response.

- **INTERROGATORY NO. 12:** To the extent not provided in response to any other interrogatory, explain in detail every source of income you have had since your last day of work with J & J, through the date of trial in this matter, setting forth the amount of income from each source and the dates received, including, but not limited to earnings, gifts, compensation, and benefits (including wages, unemployment compensation, welfare/TANF payments, food stamps, social security benefits, vacation benefits, health insurance, overtime pay, disability pay, workers' compensation, sick leave pay, holiday pay, income from any pension, profit-sharing or annuity plan or any other income or benefit).

    – **Deficiency:** Plaintiff's response is incomplete insofar as it does not specify the amount of income she has received in connection with her employment with NAPA Auto Parts or her claim for unemployment compensation benefits.

- **INTERROGATORY NO. 18:** Identify for the period from October 28, 2014, through the present, whether you or other household members owned or possessed a personal data assistant, iPhone, iPad, laptop, desktop computer or other electronic system, whether located at your primary residence or elsewhere, and for each such item of equipment: specify the type of equipment and whether you used such equipment or stored material thereon, at any time and in any manner, that is related to J & J and/or the facts giving rise to the claims asserted in this lawsuit.

    – **Deficiency:** Plaintiff's response is incomplete, in that it does not state whether

February 21, 2017
Page 4

> the computers in question were ever used to store information related to Plaintiff's employment with J & J or the events at issue in this lawsuit.

- **INTERROGATORY NO. 19:** Identify all social networking sites (*i.e.* Facebook, LinkedIn, Friendster, Pinterest, Google+, Instagram, etc.) on which you currently maintain a profile or previously maintained a profile during your employment with J & J to present, including the profile name used and web address for your profile.

    – **Deficiency:** Plaintiff's response is incomplete insofar as it fails to include the URL address for Plaintiff's Facebook profile.

There are also several systemic issues with Plaintiff's responses to J&J's Requests for Production of Documents. For starters, none of the documents included in Plaintiff's production have been Bates labeled. A number of documents are also either illegible or have had part of the text cut off during the printing and/or copying process. Absent having Bates label numbers to direct your attention to the documents that are illegible, we can only ask that you please review your production again for legibility and completeness, and provide us with a second set of documents that are Bates labeled so if there are continued issues we can direct you to specific pages. You can provide these electronically via PDF attached to an email or using Dropbox, so as to avoid additional copying and mailing costs.

Moreover, as with the interrogatory answers, all of the objections stated in Plaintiff's responses to J&J's requests for production have been waived. *See, e.g.*, *In re United States*, 864 F.2d 1153, 1156 (5th Cir. 1989) ("As a general rule, when a party fails to object timely to interrogatories, production requests, or other discovery efforts, objections thereto are waived."); *Scott v. United States Postal Serv.*, CV 15-712-BAJ-EWD, 2016 WL 7440468, at *4 (M.D. La. Dec. 27, 2016) (holding that plaintiff waived any objection to defendant's requests for production of documents by failing to respond within the applicable thirty-day period) (Wilder-Doomes, M.J.). To the extent you intend to argue otherwise, the Federal Rules require you to state whether any documents have been withheld pursuant to your purported objections. *See* Fed. R. Civ. P. 34(b)(2)(C).

I have outlined the remaining deficiencies for each specific response below for ease of reference:

- **Request for Production No. 7:** Produce all documents that evidence or refer to communications, whether oral or written, between you and any current or former employee or agent of J & J related to the subject matter of your claims in this suit, including, but not limited to, email communications, notes, memoranda, text messages, instant messages, and any tape or digital recordings (whether audio or visual) and transcriptions thereof.

    – **Deficiency:** The August 2016 flood would not prevent Plaintiff from producing any electronically stored information that is responsive to this request (*e.g.*, email communications, text messages, etc…).

- **Request for Production No. 8:** Produce all documents that evidence or refer to

February 21, 2017
Page 5

    communications, whether oral or written, between you and any person *other than a current or former employee or agent of J & J* (excluding your legal counsel) related to the subject matter of your claims, including, but not limited to, emails, notes, memorandums, text messages, instant messages, and any tape or digital recordings (whether audio or visual) and transcriptions thereof.

        – **Deficiency:** The August 2016 flood would not prevent Plaintiff from producing any electronically stored information that is responsive to this request (*e.g.*, email communications, text messages, etc…).

- **Request for Production No. 15:** Produce any documents which refer or relate to, or evidence, your attempt to obtain or expand your employment both during **and** after your separation from employment with J & J; including, but not limited to, copies of employment applications, resumes, correspondence, notes, emails, memoranda and other documents to and from potential employers or employment agencies.

    – **Deficiency:** The August 2016 flood would not prevent Plaintiff from producing any electronically stored information that is responsive to this request (*e.g.*, email communications, text messages, etc…). Moreover, the Federal Rules require Plaintiff to produce not only documents in her "possession," but also those that are within her "custody" or "control." Fed. R. Civ. P. 34(a)(1). These terms have been interpreted to encompass "the legal right or practical ability to obtain the materials from a nonparty to the action." *White v. State Farm Mut. Auto. Ins. Co.*, No. 09-000991-BAJ, 2011 WL 3423388, at *2 (M.D. La. Aug. 4, 2011). There is no question that Plaintiff has the right or practical ability to obtain copies of any job applications that were submitted to potential employers.

- **Request for Production No. 18:** Produce any and all medical records, including records, notes, charts, reports, letters, prescriptions, or other documents relating to any treatment received by you from any medical care provider that support or refute your claims for damages as set forth in response to Interrogatory Nos. 8 and 9.

    – **Deficiency:** Please have your client execute and return the enclosed HIPPA release so that J&J can request its own copies of the medical records referenced in Plaintiff's response.

- **Request for Production No. 23:** Produce any and all documents related to your attempts to correspond or communicate with current or former employees of J & J by electronic means, including, but not limited to, Facebook, Myspace, Twitter, LinkedIn, Snapchat, text message, and e-mail from October 28, 2014 through the present.

    – **Deficiency:** You objected to Request for Production No. 23 on the grounds that it purportedly "seeks documentation of an irrelevant nature" and "is also violative of plaintiff's rights to privacy." Even putting aside the fact that those objections have already been waived, this position is contrary to the relevant case law. *See, e.g., Johnson v. PPI Tech. Servs., L.P.*, No. 11-2773, 2013 WL

February 21, 2017
Page 6

>   4508128, at *1 (E.D. La. Aug. 22, 2013) ("Courts have recognized that social networking site content may be subject to discovery under Federal Rule of Civil Procedure 34 . . . Generally, [social networking site] content is neither privileged nor protected by any right of privacy.") (internal quotation marks and citation omitted). There is simply no basis for withholding communications between Plaintiff and her former co-workers insofar as they pertain to the facts at issue in this lawsuit. Please reconsider your position and produce any responsive documents that relate to Plaintiff's employment with J&J or her claims in this lawsuit at your earliest possible convenience.

- **Request for Production No. 26:** Produce your individual and joint federal income tax returns with all schedules and attachments related thereto, for tax years 2013, 2014, 2015, and continuing through the date of trial.

    - **Deficiency:** To the extent Plaintiff does not have possession, custody, or control of her federal income tax returns, please have your client execute and return a copy of the enclosed IRS Form 4506-T.

- **Request for Production No. 27:** Please produce detailed records for any and all cell/portable phones or communication devices issued to or operated by Plaintiff from October 28, 2014 through August 31, 2015.

    - **Deficiency:** Your response states that "[t]he requested documents are not in the possession of the plaintiff." However, the Federal Rules require Plaintiff to produce not only documents in her "possession," but also those that are within her "custody" or "control," which includes situations in which the responding party has "the legal right or practical ability" to obtain the records from a third party. *See* Fed. R. Civ. P. 34(a)(1); *White*, 2011 WL 3423388, at *2. There is no question that Plaintiff has the right or practical ability to obtain copies of her phone records from her wireless carrier.

- **Request for Production No. 40:** Please produce copies of all postings that you made on any social media websites, including but not limited to, Facebook, Twitter, LinkedIn, Google Plus, Snapchat and Tagged from October 1, 2014, through the date of response to the Request relating in any way to your employment and/or separation from J & J, or the allegations in your Complaint. Specifically with respect to Facebook, J & J is seeking a copy of Plaintiff's Facebook "archive" from January 1, 2014, through the date of response to the Request. Please use the following instructions to create the Facebook "archive":

    1. Log into your Facebook account.
    2. Click on the "down arrow" icon, to the right of the "Home" icon (upper right-hand corner).
    3. Select "Settings."
    4. Click on "Download a copy of your Facebook Data" (below "Language").

February 21, 2017
Page 7

5. Click "Start My Archive."
6. Re-enter your password.
7. Click the "Start My Archive" again.
8. You will receive an email with a file attachment.

If you have a Twitter account, please obtain an archive of your tweets for production.

To do this, follow these instructions:

1. Log in to your twitter account.
2. Click the "gear" icon.
3. Click on settings.
4. Toward the bottom of the page, click "Request Your Archive."
5. You will receive an email with a file attachment of your Twitter Archive.
6. Produce the file attachment.

- **Deficiency:** Plaintiff has neither objected nor produced any documents in response to Request for Production No. 40. Please produce the requested documents at your earliest possible convenience.

Please cure the above-referenced deficiencies, including withdrawing all objections, and return the discovery and enclosed releases to me no later than the close of business on March 1, 2017.

Finally, as you are aware Defendant moved to compel discovery and disclosures from Plaintiff on February 3, 2017, after making repeated attempts to get this information. While we will not withdraw the Motion, we will update the Court that responses and disclosures were received, but that we have requested certain deficiencies be cured by March 1. Since Plaintiff waited to respond until after the Motion to Compel was filed and has provided no reason for the delay or why requests to resolve that matters addressed in the Motion went unanswered, we will ask the Court to still assess fees against the Plaintiff in accordance with Fed.R.Civ.P. 37(3)(B)(5).

As always, feel free to contact me if you have any questions or concerns.

Very truly yours,

Michelle I. Anderson
For FISHER & PHILLIPS LLP

February 21, 2017
Page 8


MIA:dah

cc:     Wm. Brian London
Enclosures: HIPPA release, Form 4506-T, Verification Form

# HIPAA COMPLIANT MEDICAL RECORDS RELEASE

To:   Dr. Charles Tessier, III
      5475 Essen Lane
      Baton Rouge, LA 70809

## AUTHORIZATION
### For Release of Information

**Information About The Authorization.** I authorize the use or disclosure of my individually identifiable health information as described below. I understand that this authorization is voluntary and that I may revoke it at any time by submitting my revocation in writing to the entity who I am now authorizing to provide the information.

Patient Name: **DANA A. (HOPE) MATTHEWS**   Date of Birth: **2/25/1969**   SSN#: **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**

1. Describe specifically the information to be used or disclosed (include date(s)):

   All medical, psychological, hospital and/or other healthcare records, including, but not limited to patient's record cards, x-ray reports, all tests of any type and character and reports thereof, statements of charges, pathology reports, nurses' and/or doctors' notes, file notes, treatment plans, correspondence, charts, graphs, laboratory reports, temperature charts, electro-encephalograms, operative sheets, admit sheets, emergency room records, out-patient records, documents concerning long-term or short-term disability, or any other written records, of every nature, kind and description.

2. Who is authorized to provide the information (identify the person of class of persons):

   Custodian of Records of above named Health Care Provider

3. Who specifically is authorized to receive the information:

   Michelle I. Anderson; or
   Wm. Brian London
   FISHER & PHILLIPS LLP
   201 St. Charles Avenue, Suite 3710
   New Orleans, LA 70170
   (504) 522-3303

4. Describe the specific purpose of the disclosure:

   Litigation

1

Will the health plan or health care provider receive financial or in-kind compensation in exchange for using or disclosing the information described above?

No \_\_\_\_\_     Yes (describe)  \_\_x\_\_  Costs of Reproduction, **if requested in advance of incurring copying costs.**

Expiration Date of Authorization: One year from the date written below, unless renewed in writing.

**Important Information About Your Rights**

I have read and I understand the following information regarding my rights:

- I may revoke this authorization at any time by notifying the following in writing:

  Dr. Charles Tessier, III

- A revocation will not affect any uses or disclosures that the health plan or health care provider made before it received my revocation.

- I may see and copy the information described in this form if I ask for it.

- I am not required to sign this form to receive health care benefits, including enrollment, treatment or payment.

- The information that is used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by all of these provisions.

- If I execute this authorization form, I will receive a signed copy of it.

**Signature of the Patient**
(This form must be completed before signing)

_____        _____
Signature of Patient or Patient's Representative                                Date

Printed name of the Patient:

_____

Printed name of the patient's personal representative: _____

Relationship to the patient, including authority for status as representative: _____

**SIGNING THIS AUTHORIZATION IS VOLUNTARY**

2

| Form **4506-T** | **Request for Transcript of Tax Return** | |
|---|---|---|
| (Rev. September 2015) | ▶ Do not sign this form unless all applicable lines have been completed. | OMB No. 1545-1872 |
| Department of the Treasury Internal Revenue Service | ▶ Request may be rejected if the form is incomplete or illegible. ▶ For more information about Form 4506-T, visit www.irs.gov/form4506t. | |

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| | | | |
|---|---|---|---|
| **1a** | Name shown on tax return. If a joint return, enter the name shown first. | **1b** | First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** | If a joint return, enter spouse's name shown on tax return. | **2b** | Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Michelle I. Anderson, c/o Fisher Phillips, LLP, 201 St. Charles Ave., Ste. 3710, New Orleans, LA 70170; Phone: (504) 529-3839**

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

    **a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ✔

    **b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ✔

    **c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ✔

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ✔

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ✔

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately. | 12 / 31 / 2013 | 12 / 31 / 2014 | 12 / 31 / 2015 | 12 / 31 / 2016

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

✔ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**
▶ Signature (see instructions)   Date
▶ Title (if line 1a above is a corporation, partnership, estate, or trust)
▶ Spouse's signature   Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**   Cat. No. 37667N   Form **4506-T** (Rev. 9-2015)

Form 4506-T (Rev. 9-2015) Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-T and its instructions, go to *www.irs.gov/form4506t*. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note:** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301  512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888  559-456-7227 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999  816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409  801-620-6922 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250  859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

 *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

***Individuals.*** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

***Corporations.*** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-T but must provide documentation to support the requester's right to receive the information.

***Partnerships.*** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

***All others.*** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

## **VERIFICATION**

I have reviewed the above Answers to Interrogatories, and verify that they are true and correct to the best of my knowledge.

_____)
DANA A. MATTHEWS

STATE OF _____)
                                                             ) SS.
PARISH/COUNTY OF _____)

SWORN TO AND SUBSCRIBED before me this ____ day of _____, 201_, by Dana A. Matthews, who is personally known to me or has produced _____ as identification.


_____
(Notary Signature)

(NOTARY SEAL)

_____
(Notary Name Printed)
NOTARY PUBLIC

Commission No. _____